In the Matter of the Claim of JAMES H. COLLINS, for Compensation, v. BRADFORD & DEROUCHIE and Another.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK v. WALTER C. WITHERBEE and Others.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, v. G. FRANK MEALY and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. TROY UNION RAILROAD COMPANY, Appellant, v. G. FRANK MEALY and Others, Respondents.— Motion granted.

STANDARD BUILDING SUPPLY COMPANY, INC., Respondent, v. ARTHUR H. WATERMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. — All concurred.

JAMES H. WELDON, Respondent, v. THE F. A. SHERMAN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

MALVINA BEEMAN, Respondent, v. THE STATE OF NEW YORK, Appellant. — Judgment unanimously affirmed, with costs.

JOHN J. CALLANAN v. EMILY M. KEENAN, as Executrix, etc., of DANIEL F. KEENAN, Deceased.— Motion denied.

GEORGE H. CHAPMAN v. NIAGARA SILK MILLS.— Motion denied.

FLORENCE F. HATHORN and Another, as Administratrices, etc., and Others v. NATURAL CARBONIC GAS COMPANY.— Motion denied.

ISABELLA LIBERATORE, Claimant, v. KELLY CONSTRUCTION COMPANY and Another.— Motion granted by default.

In the Matter of the Claim of ARTHUR H. HARGRAVES, for Compensation, v. GEORGE F. SHEVLIN MANUFACTURING COMPANY and Others, Appellants, STANDARD ACCIDENT INSURANCE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Claim of JULIA RZEPCZYNSKI, for Compensation, v. MANHATTAN BRASS COMPANY and Another.— Motion denied.

In the Matter of the Claim of HELEN L. GIFFORD, for Compensation, v. T. C. PATTERSON, INC., and Another.— Motion denied.

In the Matter of the Claim of THE STATE INDUSTRIAL COMMISSION v. IRVING S. EDSALL and Another.— Motion granted.

In the Matter of the Claim of THE STATE INDUSTRIAL COMMISSION v. MARY NEWMAN and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Claim of CHARLES H. RICHARDSON, for Compensation, v. BUILDERS' EXCHANGE ASSOCIATION and Another.— Motions denied.

In the Matter of the Claim of AUGUSTA GOBRECHT and Another, for Compensation, v. WELLS, FARGO & COMPANY.— Motion denied.